# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9266432 | ROSALESANEAMO | 4559 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 11/01/2020, 0154
**Offense Charged:** ☒ USC  19-SC-19
18 USC 113, SECTION 4

**Place of Offense:** 143 JOYNER STREET, OCEANSIDE, CA

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

ASSAULT

20 - 03389

### DEFENDANT INFORMATION
**Last Name:** RATH
**First Name:** KEVIN
**MI:** C
**Street Address:** [REDACTED] MOULTON PKWY [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| NA | NA | NA | NA | | NA |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 221 WEST BROADWAY, SAN DIEGO, CA, 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy
CCN: 03389
*9266432*   ENGL(i)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on NOV 1, 2020 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

20 - 03389

The foregoing statement is based upon:
☐ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above) VIDEO EVIDENCE

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/01/2020
Date (mm/dd/yyyy)   Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident